No. 92–8218. DONOVAN v. UNITED STATES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ratzlaf* v. *United States, ante,* p. 135.

No. 92–8761. HANSON v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ratzlaf* v. *United States, ante,* p. 135.

No. 92–9105. GREEN v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed November 3, 1993.

No. — – —. DAS v. CIBA CORNING DIAGNOSTIC CORP.;
No. — – —. TOWE ANTIQUE FORD FOUNDATION v. INTERNAL REVENUE SERVICE; and
No. — – —. GRANT INVESTMENT FUNDS v. INTERNAL REVENUE SERVICE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied. ·

No. D–1352. IN RE DISBARMENT OF HULNICK. It is ordered that Robert B. Hulnick, Jr., of West Chester, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1353. IN RE DISBARMENT OF CONROY. It is ordered that J. Patrick Conroy, of Downey, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.